Shelitha Harrelson, 
against
Damon Jackson, Respondent, and Tampara Jackson, Respondent-Appellant.



Respondent Tampara Jackson appeals from an order of the Civil Court of the City of New York, New York County (Jack Stoller, J.), dated March 30, 2018, which denied her motion to vacate the portion of the default judgment awarding landlord possession against her in a holdover summary proceeding, and for leave to interpose an answer.




Per Curiam.
Order (Jack Stoller, J.), dated March 30, 2018, reversed, with $10 costs, motion granted, the portion of the default final judgment awarding petitioner possession against appellant Tampara Jackson is vacated, and appellant permitted to serve an answer within 10 days after service of a copy of this order with notice of entry.
Considering the strong policy favoring resolution of cases on the merits (see Chevalier v. 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 413—414 [2011]), we favorably exercise our discretion and grant appellant's motion to vacate the portion of the default judgment awarding petitioner possession as against her. Our examination of the record satisfies us that appellant's actions were not motivated by willfulness or an intent to deliberately default, she has demonstrated at least a colorable defense to this intra-family holdover proceeding, and there is no indication that petitioner (appellant's sister) will suffer any prejudice (see Auerbach v Tregerman, 106 AD3d 633 [2013]). In the circumstances, we exercise our discretion so that this matter may be decided on the merits and not on default.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 02, 2019